AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Astrid Bojaj, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13-cv-9202 |
| Moro Food Corp., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Five Amigo's Inc., Mamma Ristorante Corp., and Ramon Mario Zarate

Date: 03/12/2014

*Attorney's signature*

Martin E. Restituyo, MR0856
*Printed name and bar number*

Law Offices of Martin E. Restituyo
450 7th Avenue, Suite 2207
New York, New York 10123
*Address*

restituyo@restituyolaw.com
*E-mail address*

(212) 785-0800
*Telephone number*

(914) 462-3950
*FAX number*